IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON N. LESTER, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Commissioner of Social Security Administration <br><br> Defendant. | CV 16–78–M-DLC–JCL <br><br> ORDER |

Plaintiff having moved the Court pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, for attorney fees, and defendant having no objection, and good cause appearing,

IT IS HEREBY ORDERED that attorney's fees in the total amount of $8,362.31, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Russell A. LaVigne, Jr. 722 S. 148th Street, Burien, WA 98146. However, if the United States Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check

for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Russell A. LaVigne, Jr. and delivered via check to Russell A. LaVigne, Jr., 722 S. 148th Street, Burien, WA 98146.

DONE and DATED this 20th day of November, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge